IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HOBBY LOBBY STORES, INC., MARDEL, INC., DAVID GREEN, BARBARA GREEN, STEVE GREEN, MART GREEN, AND DARSEE LETT,<br>        Plaintiffs,<br>v.<br><br>KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, HILDA SOLIS, Secretary of the United States Department of Labor, UNITED STATES DEPARTMENT OF LABOR, TIMOTHY GEITHNER, Secretary of the United States Department of the Treasury, and UNITED STATES DEPARTMENT OF THE TREASURY,<br>        Defendants. | Case No. CIV-12-1000-HE |

## NOTICE OF RELATED OR COMPANION CASES

Plaintiffs submit the following list of 27 other cases also challenging the validity of the federal regulation at issue in this matter, on similar grounds. These cases, however, involve the application of the United States Constitution and federal statutes to different sets of facts. Plaintiffs, therefore, do not believe that they are "related" or "companion" cases as defined under Local Civil Rule 3.7(a).

District of Columbia Circuit
1. *Belmont Abbey Coll.* v. *Sebelius*, No. 1:11-cv-01989 (D.D.C.), Judge James E. Boasberg;
2. *Roman Catholic Archbishop of Washington* v. *Sebelius*, No. 1:12-cv-815 (D.D.C.), Judge Amy Berman Jackson;
3. *Wheaton College* v. *Sebelius*, No. 1:12-cv-01169 (D.D.C), Judge Ellen Segal Huvelle; Court of Appeals Docket 12-5273 (D.C. Cir);

Second Circuit
4. *Priests for Life* v. *Sebelius*, No. 1:12-cv-00753 (E.D.N.Y.), Judge Ramon E. Reyes, Jr.;
5. *Roman Catholic Archdiocese of NY* v. *Sebelius*, No. 1:12-cv-2542 (E.D.N.Y.), Judge Brian M. Cogan;

Third Circuit
6. *Geneva Coll.* v. *Sebelius*, No. 2:12-cv-00207 (W.D. Pa.), Judge Joy Flowers Conti;
7. *Rev. Donald W. Trautman* v. *Sebelius*, No. 1:12-cv-123 (W.D. Pa.), Judge Sean J. McLaughlin;
8. *Most Rev. David A. Zubik* v. *Sebelius*, No. 2:12-cv-676 (W.D. Pa.), Judge Terrence F. McVerry;

Fifth Circuit
9. *Louisiana Coll.* v. *Sebelius*, No. 1:12-cv-00463 (W.D. La.), Judge James D. Kirk;
10. *Roman Catholic Diocese of Dallas* v. *Sebelius*, No. 3:12-cv-1589 (N.D. Tex.), Judge Jane J. Boyle;
11. *Roman Catholic Diocese of Fort Worth* v. *Sebelius*, No. 4:12-cv-314 (N.D. Tex.), Judge Terry R. Means;
12. *Roman Catholic Diocese of Biloxi* v. *Sebelius*, No. 1:12-cv-158 (S.D. Miss.), Judge Robert H. Walker;

Sixth Circuit
13. *Legatus* v. *Sebelius*, 2:12-cv-12061 (E.D. Mich.), Judge Michael J. Hluchaniuk;
14. *Franciscan Univ. of Steubenville* v. *Sebelius*, No. 2:12-cv-440 (S.D. Ohio), Judge Mark R. Abel;

Seventh Circuit
15. *Univ. of Notre Dame* v. *Sebelius*, No. 3:12-cv-00253 (N.D. Ind.), Judge Christopher A. Nuechterlein;
16. *Diocese of Fort Wayne-South Bend, Inc.* v. *Sebelius*, No. 1:12-cv-159 (N.D. Ind.), Judge Roger B. Cosbey;
17. *Catholic Diocese of Peoria* v. *Sebelius*, No. 1:12-cv-1276 (C.D. Ill.), Judge Byron G. Cudmore;
18. *Conlon* v. *Sebelius*, No. 1:12-cv-3932 (N.D. Ill.), Judge John W. Darrah;
19. *Triune Health Group* v. *Sebelius*, No. 1:12-cv-6756 (N.D. Ill.), Judge Amy J. St. Eve;
20. *Grace Schools* v. *Sebelius*, No. 3:12-cv-00459 (N.D. Ind.), Judge Jon E. DeGuilio;

Eighth Circuit
21. *State of Nebraska* v. *HHS*, No. 4:12-cv-03035 (D. Neb.), Judge Cheryl R. Zwart;
22. *O'Brien* v. *HHS*, No. 4:12-cv-00476 (E.D. Mo.), Judge Carol E. Jackson;
23. *Archdiocese of St. Louis* v. *Sebelius*, No. 4:12-cv-924 (E.D. Mo.), Judge John A. Ross;

Tenth Circuit
24. *Colorado Christian Univ.* v. *Sebelius*, No. 11-cv-03350 (D. Colo.), Judge Boyd N. Boland;
25. *Newland* v. *Sebelius*, No. 1:12-cv-01123 (D. Colo.), Judge John L. Kane;

Eleventh Circuit
26. *Eternal Word Television Network, Inc.* v. *Sebelius*, No. 2:12-cv-00501 (N.D. Ala.), Judge Sharon Lovelace Blackburn;
27. *Ave Maria University* v. *Sebelius*, No. 2:12-cv-00088 (M.D. Fl.), Judge Sheri Polster Chappell.

Respectfully submitted this 12th day of September, 2012.

/s/ Charles E. Geister III
Charles E. Geister III, OBA No. 3311
Derek B. Ensminger, OBA No. 22559
HARTZOG, CONGER, CASON & NEVILLE
1600 Bank of Oklahoma Plaza
201 Robert S. Kerr Avenue
Oklahoma City, OK  73102
Telephone: (405) 235-7000
Facsimile:  (405) 996-3403
cgeister@hartzoglaw.com
densminger@hartzoglaw.com

**ATTORNEYS FOR PLAINTIFFS**

- And -

S. Kyle Duncan, LA Bar No. 25038
(*Motion for Pro Hac Vice pending*)
Eric S. Baxter, D.C. Bar No. 479221
(*Motion for Pro Hac Vice pending*)
Lori Halstead Windham, D.C. Bar No. 501838
(*Motion for Pro Hac Vice pending*)
THE BECKET FUND FOR RELIGIOUS LIBERTY
3000 K Street, N.W., Suite 220
Washington, D.C. 20007
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
kduncan@becketfund.org

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the Court's ECF filing system on September 12, 2012, and that a copy was served via first-class mail, postage prepaid, on the following:

Eric Holder
United States Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530

/s/ Charles E. Geister III
Charles E. Geister III