IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HOBBY LOBBY STORES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHLEEN SEBELIUS, in her official capacity as the Secretary of the United States Department of Health and Human Services, et al., <br><br> Defendants. | Civil Action No. <br> CIV-12-1000-HE |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants, by and through their undersigned counsel, hereby move for a ten-day extension of time to respond to the complaint in the above-captioned matter. Defendants were served on October 3, 2012. Pursuant to Federal Rules of Civil Procedure 6 and 12, defendants are required to file a responsive pleading or motion by December 3, 2012, absent an order from the Court extending the deadline.

Defendants request a ten-day extension of this deadline, giving them until December 13, 2012 to file a responsive pleading or motion. This extension is requested because undersigned counsel had additional deadlines in other cases this week, including a hearing, and has another substantial brief due next week. *See Colorado Christian University v. Sebelius*, No. 1:11-cv-03350 (D. Colo.); *Griesedieck v. Sebelius*, No. 12-cv-3459 (W.D. Mo.).

No prior extension of this deadline has been requested.  Moreover, counsel for defendants contacted counsel for plaintiffs regarding this motion, and counsel for plaintiffs advised that plaintiffs do not oppose this request for an extension of time.

For the foregoing reasons, defendants request that the Court grant their motion for an extension of time – until December 13, 2012 – to respond to the complaint.

Respectfully submitted this 30th day of November, 2012,

        STUART F. DELERY
        Principal Deputy Assistant Attorney General

        IAN HEATH GERSHENGORN
        Deputy Assistant Attorney General

        SANFORD COATS
        United States Attorney

        JENNIFER RICKETTS
        Director

        SHEILA M. LIEBER
        Deputy Director

        s/ Michelle R. Bennett
        MICHELLE R. BENNETT (CO Bar No. 37050)
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue N.W. Room 7310
        Washington, D.C. 20530
        Tel: (202) 305-8902
        Fax: (202) 616-8470
        Email: michelle.bennett@usdoj.gov

        Attorneys for Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2012, a copy of the foregoing was filed electronically with the Clerk of the Court to be served upon the following:

Charles E. Geister , III
cgeister@hartzoglaw.com

Derek B. Ensminger
densminger@hartzoglaw.com

Eric S. Baxter
ebaxter@becketfund.org

Lori H. Windham
lwindham@becketfund.org

Stuart K. Duncan
kduncan@becketfund.org

                                   s/ Michelle R. Bennett
                                   MICHELLE R. BENNETT