**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**CIVIL MINUTE SHEET - MOTION HEARING**

| | |
|---|---|
| HOBBY LOBBY STORES, INC., ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | NO.   CIV-12-1000-HE |
| ) | |
| KATHLEEN SEBELIUS, Secretary of the ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, ET AL., ) | |
| ) | |
| Defendants. ) | |

| Appearances: |
|---|
| Charles Geister, Esq., Derek Ensminger, Esq., Adele Keim, Esq., and Stuart Duncan, Esq., |
| Michelle Bennett, DOJ |

| | |
|---|---|
| Judge Joe Heaton, Presiding | Date and Time: 07/19/2013 @ 9:00 a.m. to 11:00 a.m.<br>Total Time: 2.0 hrs |
| Lisa Minter, Deputy Clerk | Law Clerk: |
| Jeanne Ring, Court Reporter | Interpreter: |

**PROCEEDINGS**:   hearing on plaintiffs' emergency motion for preliminary injunction [Doc. #68]; Oral argument from counsel heard

Hearing Type:  ☒ Motion Hearing - Non-Evidentiary hearing;

Motion Hearing:  Concluded  ☒ Yes;  ☐ No;

☐ Witness called and testimony heard;  ☐ Exhibits Admitted;

☒ Other: **counsel for parties appeared; court hears oral argument on plaintiffs' emergency motion for preliminary injunction; the court grants plaintiffs' motion and stays further proceedings until 10/01/2013; written order to be entered; Court Adjourned.**

Witness(es) of Plaintiff:                                              Witness(es) of Defendant

1. _____        1. _____
2. _____        2. _____
3. _____        3. _____

Enter:

Court Adjourned.