# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 19, 2013

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Kathleen Sebelius, Secretary of Health and Human Services, et al.
          v. Hobby Lobby Stores, Inc., et al.
          No. 13-354
          (Your No. 12-6294)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on September 19, 2013 and placed on the docket September 19, 2013 as No. 13-354.

          Sincerely,

          **Scott S. Harris**, Clerk

          by

          Erik  Fossum
          Case Analyst