**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**September 4, 2014**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

HOBBY LOBBY STORES, INC.;
MARDEL, INC.; DAVID GREEN;
BARBARA GREEN; MART GREEN;
STEVE GREEN; DARSEE LETT,

    Plaintiffs - Appellees,

v.

SYLVIA MATHEWS BURWELL,
Secretary of the United States Department
of Health and Human Services; UNITED
STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES; THOMAS E.
PEREZ, Secretary of the United States
Department of Labor; UNITED STATES
DEPARTMENT OF LABOR; JACOB J.
LEW, Secretary of the United States
Department of Treasury; UNITED
STATES DEPARTMENT OF THE
TREASURY,

    Defendants - Appellants.

-------------------------------

SENATOR ORRIN G. HATCH;
SENATOR DANIEL R. COATS;
SENATOR THAD COCHRAN;
SENATOR MIKE CRAPO; SENATOR
CHARLES GRASSLEY; SENATOR
JAMES M. INHOFE; SENATOR MITCH
McCONNELL; SENATOR PAT
ROBERTS; SENATOR RICHARD
SHELBY; CONGRESSMAN WALLY
HERGER; CONGRESSMAN DAN
BURTON; CONGRESSMAN DONALD
MANZULLO; CONGRESSMAN JOHN

No. 13-6215
(D.C. No. 5:12-CV-01000-HE)

MICA; CONGRESSMAN LAMAR SMITH,

    Amici Curiae.

———————————————

## ORDER
———————————————

This matter is before the court on appellants' motion to dismiss the captioned appeal. The motion is granted. The appeal is dismissed pursuant to Fed. R. App. P. Rule 42.(b).

A copy of this order shall stand as and for the mandate of this court.

                                            Entered for the Court

                                            *Elisabeth A. Shumaker*

                                            ELISABETH A. SHUMAKER, Clerk