# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | September 04, 2014 | Chris Wolpert<br>Chief Deputy Clerk |

Eric Baxter
Luke William Goodrich
Adele Auxier Keim
Mark Rienzi
Lori Halstead Windham
Becket Fund for Religious Liberty
3000 K Street NW, Suite 220
Washington, DC 20007

Michelle Renee Bennett
U.S. Department of Justice-DC-Federal Programs
20 Massachusetts Avenue N.W.
Washington, DC 20008

Stuart Kyle Duncan
Duncan PLLC
1629 K Street NW, Suite 300
Washington, DC 20006

Derek Brandon Ensminger
Charles E. Geister III
Hartzog Conger Cason & Neville
201 Robert S. Kerr Avenue
Suite 1600
Oklahoma City, OK 73102

Andrew W. Lester
Carrie Lynn Vaughn
Lester, Loving & Davies, P.C.
1701 South Kelly Avenue
Edmond, OK 73013

Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

Mark B. Stern
Alisa Beth Klein
U.S. Department of Justice
Appellate Staff, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

**RE:** 13-6215, Hobby Lobby Stores, et al v. Burwell, et al
Dist/Ag docket: 5:12-CV-01000-HE

Dear Counsel and Clerk:

An order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/bv