IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HOBBY LOBBY STORES, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO. CIV-12-1000-HE |
| | ) | |
| KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the order entered this date, judgment is entered in favor of plaintiffs Hobby Lobby Stores, Inc. and Mardel, Inc. and against defendants on the corporate plaintiffs' claims under the Religious Freedom Restoration Act.  As stated more fully in the order, defendants are permanently enjoined from enforcing against the corporate plaintiffs the regulations identified as the "contraceptive mandate" in <u>Burwell v. Hobby Lobby Stores, Inc.</u>, 134 S.Ct. 2751 (2014).  The corporate plaintiffs shall recover their costs.  All other claims of plaintiffs are dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 19th day of November, 2014.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE